# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ADAM EUGENE LANE
ADC #155843                                                                PETITIONER

v.                          No. 5:16-cv-355-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lane's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017